MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6809
Fax: (415) 436-7234
Email:    Acadia.Senese@usdoj.gov

Attorneys for Plaintiff

**FILED**

OCT 2 1 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JACKIE MARQUEZ<br><br>    Defendant. | No. CR 93-00236 FSL<br><br>**MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//

Motion and [Proposed] Order to Dismiss Information
CR 93-00236 FSL

1 | Information without prejudice as to defendant Jackie Marquez.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: October 18, 2010

/s/
ACADIA L. SENESE
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information without prejudice.

Dated: 10/21/10

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 93-00236 FSL                           2